# Exhibit 6

**FLUOR**
FEDERAL PETROLEUM
OPERATIONS

Instructions, Conditions, and Notices to Offerors

Table of Contents

1.    Solicitation Definitions

2.    Amendments to Solicitation

3.    North American Industry Classification System (NAICS) Code, Magnitude of Construction, and Set-Aside

4.    Preparation of Offers

5.    Submission of Offers

6.    Items to be Furnished with Offer

7.    Late Submissions, Modifications, and Withdrawals of Offers

8.    Procedures for Handling Mistakes

9.    Explanation to Prospective Offerors

10.    Pre-Offer Conference

11.    Offerors Site Inspection

12.    Bonds

13.    RESERVED

14.    Delivery of Offers

15.    Award Conditions (Evaluation Factors)

16.    National Environmental Policy Act (NEPA) Determination (if applicable)

17.    Equal Low Offers

18.    Copies of Documents - DOE Technical Data Center (TDC)

19.    Special Instructions

20.    Offer Summary Sheet

Instructions, Conditions, and Notices to Offerors

1.   SOLICITATION DEFINITIONS

   A.   "Bid," "Offer," and "Proposal" are synonymous in negotiated procurements.

   B.   "Solicitation" means a request for proposal or offer in negotiated procurements.

   C.   "Government" means United States Government / Department of Energy (DOE). "Government" and "Fluor Federal Petroleum Operations LLC" are not synonymous.

   D.   "Electronic Commerce Method" means electronic techniques for accomplishing business transactions including electronic mail or messaging, World Wide Web technology, electronic bulletin boards, purchase cards, electronic funds transfer, and electronic data interchange.

2.   AMENDMENTS TO SOLICITATION

   A.   If this solicitation is amended, then all terms and conditions which are not specifically modified remain unchanged.

   B.   Offerors shall acknowledge receipt of any amendment to this solicitation (1) by signing and returning the amendment by E-mail, if Electronic Commerce Method is required by the solicitation; or (2) by signing and returning the amendment by mail, or; (3) by identifying the amendment number and date when submitting an offer (See Subcontract Cover Page, Item 16).  FFPO must receive the acknowledgment by the date and time and at the place specified for receipt of offerors.

3.   NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS), MAGNITUDE OF CONSTRUCTION,  AND  SET-ASIDE

   A.   The NAICS code for this acquisition is 237120.

   B.   The estimated price range for this solicitation is more than $10,000,000

   C.   Set-Aside:

      1. ☒   This is an unrestricted competitive procurement.  No set-aside to small business is involved.
      2. ☐   This is a 100% small business set-aside.  Only firms meeting the criteria set forth in the Code of Federal Regulation, Title 13, Part 121 will be considered for the award of a subcontract hereunder.  See paragraph L-1 "D" for definitions.  Applicable size standards are set forth above.
      3. ☐   This is a 100% small disadvantaged business set-aside. Firms meeting the criteria set forth in the Code of Federal Regulation, Title 13, Part 124, and Federal Acquisition Regulation Part, 19, will be considered for the award of a Subcontract hereunder, as well as woman owned small businesses (see paragraph L-1 for definition). Woman owned small businesses are not defined as small disadvantaged businesses, but may be included in small disadvantaged business set-asides.  Applicable size standards are set forth above.

2

Rev. BM-LE-1768 GC

4. ☐    This is a partial small business set-aside.  Details and applicable size standards are set forth below:

_____

_____

5. ☐    This is a 100% HUBZone small business set-aside. Firms meeting the criteria set forth by the SBA in accordance with 13 CFR Part 126, will be considered for the award of a Subcontract hereunder (see paragraph L-1, for definition).  Applicable size standards are set forth above.

4.    <u>PREPARATION OF OFFERS</u>

A.    Offers must be (1) submitted on the forms furnished by FFPO or on copies of those forms, and (2) manually signed (scanner document, such as, an <u>Adobe PDF file</u> is acceptable for Electronic Commerce Method solicitations). The person signing the offer must initial each erasure or change appearing on any offer form.

B.    The offer form may require Offerors to submit offer prices for one or more items on various bases, including--

(1) Lump sum bidding;
(2) Alternate prices;
(3) Units of construction; or
(4) Any combination of subparagraphs (1) through (3) above.

C.    If the solicitation requires bidding on all items, failure to do so will disqualify the offer.  If bidding on all items is not required, Offerors should insert the words "no offer" in the space provided for any item on which no price is submitted.

D.    <u>Alternate Offers</u> ☐ Applicable if checked.

Alternate offers (two or more proposals submitted by an offeror) <u>will</u> be considered for award.

5.    <u>SUBMISSION OF OFFERS</u>

Offers to perform the work required are due by 4:00 PM local time, on July 12, 2021.

A.    ☒ Electronic Commerce Method Offer(s) is required by the solicitation –

1.    E-mail offer(s) must be submitted as specified in the solicitation and showing the time specified for receipt, the solicitation number, and the name and address of the offeror to:

E-Mail Address: steve.krutiak@spr.doe.gov

NOTE:    1) E-Mails are limited to 10Mb
                2) Zip files are not allowed in E-Mail transmissions

2.    Compact Disc (CD's) offer(s) shall be submitted in sealed envelopes or packages addressed to the office specified in the solicitation and showing

3

Rev. BM-LE-1768 GC

the time specified for receipt, the solicitation number, and the name and address of the offeror.

B. ☐ Non-Electronic Commerce Method Offer(s) is required by the solicitation –

Offer(s) shall be submitted in sealed envelopes or packages (a) addressed to the office as specified in the solicitation and showing the time specified for receipt, the solicitation number, and the name and address of the offeror.

6.     <u>ITEMS TO BE FURNISHED WITH OFFER</u>

Offerors shall furnish their offer in two volumes which must be prepared (exactly as shown below), filled out, and executed in accordance with the requirements of this solicitation:

<u>Volume 1 – Technical/Management</u>

1. Preliminary Construction Execution Plan. Offeror's plan shall include, but not be limited to,
   a. Methods for major construction activities, strategies and techniques to mitigate risk. Offerors are instructed to specifically address all critical construction activities including, but not limited to, means and methods to safely excavate pipe and underground equipment and avoid damaging existing undergrounds; and, means and methods to safely install new Crude Oil Injection Pumps and Firewater Pumps in existing pump shelters.
   b. Workability.
   c. Organizational structure, key employees (including safety and health).
   d. Subcontract plan with list of proposed subcontractors.
   e. Project specific safety, health, and industrial hygiene management plan (including specific strategies to mitigate any and all hazards associated with DOE/FFPO Life Critical Tasks specific to the scope of work including minimum requirements of operators and qualified/competent personnel, oversight of work, COVID-19 practices).
   f. Project specific environmental and waste management plans. Offerors are instructed to specifically address all requirements in Subcontract Attachment 5 and means and methods to clean demolished crude oil pipe prior to site removal.
2. Preliminary Schedule. Offeror's preliminary schedule shall be detailed and include, but not be limited to, major scope items, key milestones, proposed work days and hours per shift, and required at site dates (RAS) for all government furnished property.
3. Demonstrated experience with Earned Value Management Systems, progress reporting, and software platforms used.
4. Past Performance and Experience Data (within the last 3 years). Offeror's data shall include government work of similar size and complexity, work performed at DOE SPR facilities, other projects of similar size and complexity, general and specific references (including contact information), training programs for construction management personnel, and demonstrated knowledge and understanding of government earned value management system requirements.
5. Past Safety Performance (OSHA 300 logs, EMRs, TRIRs, DART for the last 3 years), including 2020 and any previously unreported fatalities. Unreported fatalities must be supported with a narrative on the accident and a root cause anlyasis.

4

6. Company and/or Corporate Safety & Health Policies including, but not limited to, a mission statement and any documentation that supports offeror's company and/or corporate safety culture.
7. Table of Contents for Company and/or Corporate Quality Control Procedures.
8. Acknowledgement / Acceptance of FFPO's Sample Quality Control Plan (see Subcontract Attachment 4b).
9. Assumptions, Qualifications, and Clarifications.

Volume 2 – Cost/Price

1. Firm Fixed Price Offer.
2. Price Summary Sheet (see Item 20 below). Offerors are instructed to submit their offer in format provided below. Alternate formats will be evaluated negatively.
3. Payment Terms (minimum of Net 30).
4. Offer Validity (90 days).
5. Acknowledgment of All Solicitation Amendments.
6. Backlog vs. Capacity Curve (2 years past target mobilization date).
7. Representations and Certifications (see Subcontract Attachment 1).
8. Proof of Bonding Capabilities (see Section 12 below).
9. Small Business and Small Disadvantaged Business Subcontracting Plan (see Subcontract Attachment 1). Offeror shall submit a small business subcontracting plan. Utilization goal is 50%. Refer to Subcontract Part III Flowdowns, Contract Clause FAR 52.219-8.
10. Exceptions to Part III General Terms and Conditions (with proposed alternate language).

7. **LATE SUBMISSIONS, MODIFICATIONS, AND WITHDRAWALS OF OFFERS**

A. Offerors are responsible for submitting offers, and any revisions, and modifications, so as to reach FFPO office designated in the solicitation by the time specified in same. If no time is specified in the solicitation the time for receipt is 4:00 P.M., local time, for the designated FFPO office on the date that offers are due.

B. Any offer, modification, or revision that is received at FFPO's office designated in the solicitation after the exact time specified for receipt of offers is "late" and will not be considered unless it is received before award is made, the Subcontract Manager determines that accepting the late bid would not unduly delay the acquisition; and –

1. Was sent by E-mail and confirmed by telephone to the Buyer that the E-mail was sent; and offeror must have requested a confirmation of receipt from the Buyer not later than 5:00 P.M., local time, one working day prior to the date specified for receipt of offers; or

2. Was sent by E-fax and it was determined by FFPO that the late receipt was due solely to mishandling by FFPO after receipt at the installation; or

3. Was sent by Compact Disc (CD) and acceptable evidence to establish the time of receipt at the FFPO installation includes the time/date stamp of that installation on the offer's package, other documentary evidence of receipt

Rev. BM-LE-1768 GC

maintained by the installation, or oral testimony or statements of FFPO personnel; or

4.      Was sent by Non-Electronic Commerce Method and acceptable evidence to establish the time of receipt at the FFPO installation includes the time/date stamp of that installation on the offer wrapper, other documentary evidence of receipt maintained by the installation, or oral testimony or statements of FFPO personnel.

C.      If an emergency or unanticipated event interrupts normal FFPO and/or Government processes so that offers cannot be received at the FFPO office designated for receipt of offers by the exact item specified in the solicitation and urgent FFPO and/or Government requirements preclude amendment of the solicitation, the time specified for receipt of offers will be deemed to be extended to the same time of day specified in the solicitation on the first work day on which normal FFPO and/or Government processes resume.

D.      Offers may be withdrawn by Electronic Commence Method or Non-Electronic Commerce Method (See Paragraph 3 above) and received at any time before the exact time set for receipt of offers.  An offer may be withdrawn in person by an offeror or its authorized representative if, before the exact time set for receipt of offers, the identity of the person requesting withdrawal is established and the person signs a receipt for the offer.

E.      A late modification of an otherwise successful offer that makes its terms more favorable to FFPO will be considered at any time it is received and may be accepted.

8.    PROCEDURES FOR HANDLING MISTAKES

Offerors hereby agree to and are subject to complying with the following rules and procedures concerning any mistakes on their part:

A.      FFPO may authorize the withdrawal of offers and the correction of mistakes in contracts awarded by contractors in accordance with this section.

1.      FFPO may permit the withdrawal of offers upon a showing of a clear and convincing evidence of the alleged mistake.
2.      Contractors may correct obvious clerical errors in offers disclosed prior to award, regardless of amount.
3.      Except as provided in paragraph (1)(d) of this section, contractors may correct other mistakes in offers and subcontracts as provided in this section.
4.      The head of the FFPO contracting activity approval shall be required for: (i) Any corrections of mistakes which would cause the proposed contract price (a) to exceed that of the second low offeror, or (b) to displace one or more lower acceptable offers; (ii) Any corrections of mistakes in offers, other than obvious clerical errors, in procurement actions which require DOE approval; (iii) Any correction of mistakes which exceed $100,000 disclosed after award; and (iv) Any rescission of a contract.

6

Rev. BM-LE-1768 GC

B.      Corrections of mistakes are authorized under paragraph (1)(c) and (d) of this section when:  (i) There is clear and convincing evidence to support both the assertion of a mistake and the amount thereof; (ii) The mistake was made in good faith; (iii) The mistake is of such a nature that correction thereof is justified by consideration of fair dealings; and; (iv) The mistake is of the type that would be corrected under the subcontractor's private procurement practices, or with respect to mistakes in excess of $100,000, or which require approval of the Head of the FFPO Contracting Activity, a determination is made that relief would be granted under applicable Federal law.

C.      The authority of this section may not be used to make an offer responsive.

D.      Where rescission is an appropriate remedy, the head of the FFPO contracting activity may authorize a modification in a specific amount, or approve revisions in other terms and conditions, in lieu of rescission.

E.      Where a subcontract is executed or work is continued after assertion of a mistake, the alleged mistake may be considered on its merits as of the time it was asserted, provided the subcontract was executed or the work continued pursuant to an understanding that such action did not constitute a waiver of any rights.

F.      Corrections of mistakes or other remedial actions taken pursuant to this section shall be documented by a written statement setting forth the circumstances and basis for such action and shall be made a part of the procurement file.

G.      When correction of mistakes or other relief cannot be granted under the criteria of this section, the head of the FFPO contracting activity may deny the request or forward the file to the Procurement Executive with recommendation for action.

9.      <u>EXPLANATION TO PROSPECTIVE OFFERORS</u>

Any prospective offeror desiring an explanation or interpretation of the solicitation, drawings, specifications, etc., must request it in writing or by E-mail, if Electronic Commerce Method is required by the solicitation, soon enough to allow a reply to reach all prospective Offerors before the submission of their offers.  (See Section 11, below.)  Oral explanations or instructions given before the award of a contract will not be binding. Any information given a prospective offeror concerning a solicitation will be furnished promptly to all other prospective Offerors as an amendment to the solicitation, if that information is necessary in submitting offers or if the lack of it would be prejudicial to other prospective Offerors.

10.     <u>PRE-OFFER CONFERENCE</u>

A virtual pre-offer conference ☒ will be held ☐ will not be held June 9, 2021 at 9:00AM local time.  Prospective Offerors are requested to submit questions by E-mail in advance to ensure a timely answer.  <u>Any questions must be submitted in electronic format to the FFPO subcontract administrator, designated below, and must be received no later than the close of business on June 25, 2021</u>.  A record of the conference will be furnished to all prospective Offerors.  Remarks and explanations at the conference shall not qualify the terms of the solicitation.  The terms of the solicitation and specifications/drawings shall remain unchanged unless the solicitation is amended in writing or electronic commerce method by the Subcontract Manager.

7

Rev. BM-LE-1768 GC

11.    OFFERORS SITE INSPECTION

A site inspection is scheduled to be held the week following the pre-offer conference (to be discussed at the pre-offer conference).  Anyone not able to attend a site inspection on the above date may contact the subcontract adminstrator to arrange a visit on another date, if not prohibited by previously scheduled operational/maintenance activities. Alternate site inspection dates and times may not be available.

12.    BONDS

A.    Pursuant to Subcontract Part III , Provision 59 entitled, "59. PERFORMANCE AND PAYMENT BONDS – CONSTRUCTION" and in accordance with FAR Part 28.201, "Requirements for Sureties," Offerors are to provide proof of bonding capabilities with their offers.  Corporate Sureties offered for bonds must appear on the list contained Department of Treasury Circular 570, "Companies Holding Certificates of Authority as Acceptable Sureties on Federal Bonds and Acceptable Reinsuring Companies" and may be found on the internet at. www.fms.treas.gov.

B.    An individual surety is acceptable for all types of bonds except position schedule bonds.  The FFPO buyer shall determine the acceptability of individuals proposed as sureties, and shall ensure that the surety's pledged assets are sufficient to cover the bond obligation. (Acceptability of individual sureties shall be in accordance with FAR Subpart 28.2 – SURETIES)

C.    Offerors must submit, with their offers, proof of bonding (required with all offers exceeding $30,000.00).  This information must include, as a minimum, the Corporate or Individual Surety Name, Bonding Agent, with Address, Telephone Number, and the individual Point of Contact, who may be contacted, if the need arises.

13.    RESERVED

14.    DELIVERY OF OFFERORS

Offers delivered by hand, unless Electronic Commerce Method is required by the solicitation, on the date of the offer may be delivered to Fluor Federal Petroleum Operations, 850 South Clearview Parkway, New Orleans, Louisiana 70123, First Floor, to: the Mail Room, prior to the time specified for offer.

Offerors are cautioned that the location to which hand-delivered offers must be delivered is in a "controlled area," and time must, therefore, be allowed for the person delivering the offer to be processed through a security check point.

The physical location of the FFPO office is in the Elmwood Office Complex, in Jefferson Parish, Harahan, Louisiana.

15.    AWARD CONDITIONS

A.    The contract will be awarded to the responsive and responsible offeror, whose offer conforming to the solicitation, will be the Best Value to FFPO, considering price and the selection criteria set forth in paragraph B. below, and further subject to paragraphs C. through J. below:

8

Rev. BM-LE-1768 GC

B.    An evaluation committee will review the proposals and determine the best proposal in accordance with the following evaluation criteria:

1.    Commercial (30%)
2.    Preliminary Construction Execution Plan (30%)
3.    Past Performance and Experience / Oral Presentations (10%)
4.    Preliminary Construction Schedule (10%)
5.    Safety (10%)
6.    Environmental (10%)

Refer to Article 6 (ITEMS TO BE FURNISHED WITH OFFER) for minimum documents required for evaluation. Offerors are encouraged to supplement these documents as needed for Company's evaluation.

Note: The oral presentations will be scheduled after offers have been submitted and must be less than an hour in duration. The presentations shall be two part; 1) High level overview of the company's capabilities (including highlights of similar projects and experience with earned value management system reporting), organizational structure, and company/corporate safety policies and procedures; 2) Project Specific construction execution plan, schedule, safety/health/industrial hygiene management plan (including personnel and oversight), environmental/waste management plan, and quality control. Offerors are instructed to prepare these presentations to demonstrate their ability to successfully complete all requirements for the General Contractor task package.

C.    RESERVED

D.    A written Award or Acceptance of Offer mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the offer shall be deemed to result in a binding contract without further action by either party.

E.    FFPO reserves the right to cancel this Solicitation and to reject all offers.

F.    FFPO intends to evaluate offers and award a contract without discussion of such offers (except clarifications as described in FAR 15.306(a)).  Accordingly, each initial offer should be submitted on the most favorable terms from a price and technical standpoint which the offeror can submit to FFPO.  However, FFPO may have discussions with those Offerors that it deems in its discretion to fall within a competitive range and may limit the number of offers in the competitive range to the greatest number that will permit an efficient competition among the most highly rated offers.  It may also request best and final offers from such Offerors, and make an award and/or conduct negotiations thereafter.

G.    FFPO reserves the right to negotiate separately with any offeror when such action is considered in FFPO's best interests.  Subsequent negotiations may be conducted, unless the offer is withdrawn by written notice to  prior to award (see paragraph 7 for withdrawal), and such negotiations will not constitute acceptance, rejection, or a counter-offer on the part of FFPO.

H.    FFPO may determine that a offer is unacceptable if the prices proposed are materially unbalanced between line items or subline items. Unbalanced pricing exists when, despite an acceptable total evaluated price, the price of one or more

9

contract line items is significantly overstated or understated as indicated by the application of cost or price analysis techniques. An offer may be rejected if the Subcontract Manager determines that the lack of balance poses an unacceptable risk to FFPO.

I.      In summary, the issuance of the solicitation shall not be deemed to commit FFPO to: (a) accept the low proposal submitted; (b) reveal any process utilized in evaluating Offerors; (c) conduct public opening or public award; (d) disclose the successful offer, nor; (e) award a contract.  FFPO may cancel this solicitation in its discretion at any time prior to award.

J.      It is FFPO's policy that contracts shall be awarded only to responsible contractors.

K.      It is the policy of FFPO that contracts shall be awarded only to responsible prospective contractors.  Therefore, if your response to this solicitation is being favorably considered, a survey team may contact your company to determine your ability to perform.  Current financial statements and other pertinent data should be available for FFPO review at that time, if not already on file with FFPO.  Examples of the areas that may be investigated and evaluated are listed below:

1   Technical Capability
2.  Production Capability
3.  Plant Facilities and Equipment (includes site visits and references)
4.  Financial/Bonding Capability
5.  Purchasing and Subcontracting
6.  Accounting Systems
7.  Quality Control
8.  Transportation
9.  Plant Safety
10. Security
11. Labor Resources
12. Performance Record
13. Ability to meet Delivery Schedules
14. Other, as appropriate

Offerors are advised that accomplishment of a pre-award survey is a part of the evaluation process and is not to be construed as an indication that an offeror will receive or is in the best position to receive the resultant award.

Further, to facilitate the Subcontract Manager's evaluation, the offeror may be required to furnish  information \regarding its business and technical organization, financial resources, equal employment opportunity program, and plan and equipment available to be used in performing the work.

The offeror shall be prepared to furnish, as a minimum, the following additional information, if required:

(1)     Date and location where company was established.

(2)     Length of time under current ownership or control.

(3)     Plant and Equipment available, plan or layout for performing the work and number of permanent employees.

10

Rev. BM-LE-1768 GC

(4) Financial Statements; Balance Sheet for current and immediate past fiscal year; Income Statement for current and immediate past fiscal year; Banking references, with point of contact; Statement of net worth for past fiscal year.

16.    NATIONAL ENVIRONMENTAL POLICY ACT (NEPA) DETERMINATION

⊠ Applicable if checked.

The requirements set forth in this solicitation may require Department of Energy (DOE) review and a determination regarding the National Environmental Policy Act (NEPA) classification and documentation prior to award of a resultant contract by FFPO.  In the event an award cannot be made as a result of the NEPA classification and documentation process, neither FFPO nor the DOE shall be liable for bid and proposal expenses resulting from this solicitation.

17.    EQUAL LOW OFFERS

FFPO subcontracts will be awarded in the following order of priority when two or more low bids are equal in all respects. These requirements are applicable to all types of FFPO solicitations:

  HUBZone small business concerns
  Small business concerns
  Large business concerns

If two or more bidders still remain equally eligible after application of the above, the tie will resolved by drawing a lot limited to those bidders. The director of procurement will perform the drawing in the presence of at least two witnesses, and the official solicitation file will contain the names of the personnel (i.e. witnesses) participating in the drawing.

18.    COPIES OF DOCUMENTS - DOE TECHNICAL DATA CENTER (TDC)

A section of documents relating to the work to be performed under this contract is available for review by interested Offerors.

The TDC is located at 850 South Clearview Parkway, in Jefferson Parish, Louisiana.  The TDC can be visited between 7:30 A.M. to 4:30 P.M., Monday through Thursday and every other Friday (Contact the Subcontract Manager for further details).  Attachment 1 of this document entitled "FFPO TECHNICAL DATA CENTER (TDC) CONTENTS" is a current listing of documents and materials in the reading room.

19.    SPECIAL INSTRUCTIONS

None.

20.    OFFER PRICING SUMMARY SHEET

The offer pricing summary sheet must be completed and submitted with your offer. Your pricing breakdown must be in the format as shown in the pricing summary sheets (a native Excel file 'Price Summary Sheet' has been included in the solicitation package for your use). Subcontract Attachment 14 (Bryan Mound Construction Work Area Plan) has been

Rev. BM-LE-1768 GC

provided as a guide for Offerors to understand the work breakdown structure of the pricing summary sheet.

Bidders shall submit: Fixed price for the Works resulting from multiplying unit rates provided by the Bidder by quantities estimated and provided by Company in the Bill of Quantities. The Bidder shall fill in rates and prices for all construction of the Works described in the Schedule of Prices and Bill of Quantities.  Rates quoted in the priced Bill of Quantities will be used when preparing possible change orders and for the calculation of Interim Payments.  Items against which no rate or price is entered by the Bidder will not be paid for by Company when executed and shall be deemed covered by the rates and prices in the Schedule of Prices and Bill of Quantities.

Provided that the Bid is substantially responsive, Company shall correct arithmetical errors on the following basis:

(a)    if there is a discrepancy between the lump sum price for a line item and the total lump sum price that is obtained by adding the lump sum prices for all line items, the line item lump sum price shall prevail and the total lump sum price shall be corrected, unless in the opinion of Company  there is an obvious misstatement of the lump sum price for a line item, in which case the total lump sum price as quoted in the priced Schedule of Prices shall govern and the lump sum price for the line item shall be corrected.

(b)    if there is an error in a total corresponding to the addition or subtraction of subtotals, the subtotals shall prevail and the total shall be corrected; and

(c)    if there is a discrepancy between words and figures, the amount in words shall prevail, unless the amount expressed in words is related to an arithmetic error, in which case the amount in figures shall prevail subject to (a) and (b) above.

This is a Firm Fixed-Price, Lump Sum Subcontract. Offerors are instructed to use the provided quantities in the Price Summary Sheet and must not add rows to identify additional items. These are intended to be neat quantities in accordance with the Approved-For-Construction (AFC) drawings (i.e. not inclusive of wastage, compaction, or other installation related factors) and can be treated as 'relied-upon' for bidding and contracting purposes. These quantities are not for information only and do not require verification.

Rev. BM-LE-1768 GC