United States District Court
Southern District of Texas
**ENTERED**
February 23, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| S&B INFRASTRUCTURE, LTD., | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:25-cv-00011 |
| | § | |
| FLUOR FEDERAL PETROLEUM | § | |
| OPERATIONS, LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

On February 3, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 41. Judge Edison filed a memorandum and recommendation on February 5, 2026, recommending that Defendant's motion for summary judgment (Dkt. 28) be granted in part and denied in part. Dkt. 42.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1)   Judge Edison's memorandum and recommendation (Dkt. 42) is approved and adopted in its entirety as the holding of the court; and

(2)   Defendant's motion for summary judgment (Dkt. 28) is granted as to Plaintiff's claim for quantum meruit and denied in all other respects.

SIGNED on Galveston Island this 23rd day of February, 2026.

_____

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE